## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Amy L. Thomas                                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-21886 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                                      Respectfully submitted,

/s/ *Brent J. Lemon*
Brent Lemon
05 Aug 2024, 13:35:58, EDT

Denise Carlon, Esq. (317226)    ☐
Brent Lemon, Esq. (86478)    ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com