# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-21886-JAD |
| | ) | |
| Amy L. Thomas | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES The Cadle Company II, Inc. and requests to be placed on the mailing matrix of this case. The address is as follows:

The Cadle Company II, Inc.
Attention: 02F90376
100 North Center Street
Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: October 9, 2024

By: /s/ Jaime Waltermire
Jaime Waltermire, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3385
jaime.waltermire@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-21886-JAD |
| | ) | |
| Amy L. Thomas | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on October 9, 2024, unless notified electronically via the Notice of Filing, addressed to the following:

Ronda J. Winnecour, Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Kenneth Steidl, Esq.
Steidl & Steinberg
Gulf Tower, Suite 2830
707 Grant Street
Pittsburg, PA 15219

/s/ Jennifer Hoffstetter
Jennifer Hoffstetter, Bankruptcy Secretary