**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/15/2025

IN RE:

| | |
|---|---|
| AMY L. THOMAS<br>PO BOX 9679<br>PITTSBURGH, PA 15226-0679<br>XXX-XX-2894     Debtor(s) | Case No. 22-21886 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/15/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PANDORA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6693 |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA  01810-1041 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>130 CLINTON RD #202<br>FAIRFIELD, NJ  07004 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORTGAGE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **THE CADLE COMPANY II**<br>ATTN: 02F90227<br>100 NORTH CENTER ST<br>NEWTON FALLS, OH  44444 | Trustee Claim Number: 4   INT %: 12.75%<br>Court Claim Number: 14<br>CLAIM: 23,199.54<br>COMMENT: $/CONF@12.75%~PMT/TT*$PL-CL@0%MDF*BGN 10/22*FR WILMINGTON-DOC 43 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 0376 |
| **NATIONSTAR MORTGAGE LLC(\*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 15-2<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL@MRC/UNITED WHOLESALE*$59,465.98/CL*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1944 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA  17128-0946 | Trustee Claim Number: 6   INT %: 3.00%<br>Court Claim Number: 1<br>CLAIM: 5,222.67<br>COMMENT: GD-21-101511*$CL-PL@3%/PL*21/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2894 |
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPE**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: NO PMT/PL@SPECIAL CLASS*AES-BELA/SCH-PL*$21,260.55/CL*FR PHEAA*DOC 36 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 2894 |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA  01810-1041 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 9,833.05<br>COMMENT: X3281/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2005 |
| **CAINE & WEINER**<br>PO BOX 55848<br>SHERMAN OAKS, CA  91413-0848 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PAYSAFE PYMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2580 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CENTURY SUPPORT SERVICES**<br>200 COMMERCE LOOP STE 2111 BANCO BUSINE<br>IRWIN, PA 15642 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DSPTD~ALSO LISTED/SCH G | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 591.75<br>COMMENT: X5251/SCH*TORRID | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5241 |
| **CONTINENTAL FINANCE**<br>POB 8099<br>NEWARK, DE 19714 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5733 |
| **CREDIT COLLECTION SERVICES**<br>POB 9134<br>NEEDHAM, MA 02494 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LIBERTY MUTUAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0234 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,037.90<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5894 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,104.88<br>COMMENT: CREDIT 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4690 |
| **FIRST SAVINGS BANK**<br>PO BOX 5097<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BLAZE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0281 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,223.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0267 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV 89193-3024 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 194.07<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3552 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 497.49<br>COMMENT: $CL-PL*NO PRI/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2894 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:1 <br> CLAIM: 104.50 <br> COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2894 |
| **RICHARD M SQUIRE & ASSOCIATES** <br> 115 WEST AVENUE STE 104 <br> JENKINTOWN, PA 19046 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WILMINGTON~CHRISTIANA/PRAE | | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **THE CADLE COMPANY II** <br> ATTN: 02F90227 <br> 100 NORTH CENTER ST <br> NEWTON FALLS, OH 44444 | Trustee Claim Number:23  INT %: 0.00% <br> Court Claim Number:14 <br> CLAIM: 0.00 <br> COMMENT: PIF@4*THRU 9/22*FR WILMINGTON-DOC 43* | | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 0376 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number:24  INT %: 0.00% <br> Court Claim Number:7 <br> CLAIM: 4,725.95 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2133 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number:25  INT %: 0.00% <br> Court Claim Number:6 <br> CLAIM: 5,937.17 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1073 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number:26  INT %: 0.00% <br> Court Claim Number:11 <br> CLAIM: 127.56 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** <br> PO BOX 4457 <br> HOUSTON, TX 77210-4457 | Trustee Claim Number:27  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM: 826.16 <br> COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 2489 <br> KIRKLAND, WA 98083-2489 | Trustee Claim Number:28  INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM: 878.36 <br> COMMENT: NT/SCH*BIG LOTS | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7489 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number:29  INT %: 0.00% <br> Court Claim Number:16-2 <br> CLAIM: 560.90 <br> COMMENT: NT/SCH*TBOM*AMD | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2455 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** <br> C/O GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:30  INT %: 10.00% <br> Court Claim Number:17 <br> CLAIM: 692.97 <br> COMMENT: 61-N-186*CL17GOV*703.82 TTL/PL@ 10%*NT/SCH*WNTS 10%~BGN 2/23*SVC THRU | | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: N186 |

| PITTSBURGH WATER & SEWER AUTHORITY(*) | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O GRB LAW | Court Claim Number:17 | ACCOUNT NO.: N186 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 10.85 | |
| PITTSBURGH, PA 15219 | COMMENT: 61-N-186*CL17GOV*703.82TTL/PL@10%*NT/SCH*NON-INT*SVC THRU 9/26/22*TIME | |

| THE CADLE COMPANY II | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| ATTN: 02F90227 | Court Claim Number: | ACCOUNT NO.: |
| 100 NORTH CENTER ST | | |
| | CLAIM: 0.00 | |
| NEWTON FALLS, OH 44444 | COMMENT: /PRAE | |